1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC GREENE,<br><br>           Petitioner,<br><br>   v.<br><br>WILLIAM SULLIVAN,<br><br>           Respondent. | 1:06-cv-00872-OWW-TAG HC<br><br>ORDER WITHDRAWING ORDER TO<br>ANSWER FILED NOVEMBER 21, 2007<br>(Doc. 6) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 21, 2007, the Court issued an order requiring Respondent to file a response. (Doc. 6). Because the case had been transferred to the United States District Court for the Central District of California on August 11, 2006 (Doc. 4), the order of November 21, 2007, was issued in error. Accordingly, IT IS ORDERED that the order to answer filed November 21, 2007 (Doc. 6), is WITHDRAWN.

IT IS SO ORDERED.

Dated:   **November 28, 2007**                          **/s/ Theresa A. Goldner**
                                           UNITED STATES MAGISTRATE JUDGE

1